FILED
November 8, 2023 2:11 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JJM  SCANNED BY: /KB/ 11-9

1  **Thomas Joseph De Leon SR.**

2  **Counterclaimant, In Pro Per,**

3  <u>**Transient Mailing Address:**</u> **2720 Ingersoll, Wyoming, MI 49519**

4  <u>**Phone:**</u> **616-309-3186**

5  <u>**Email:**</u> **mynameissweett@gmail.com**

6  UNITED STATES DISTRICT COURT
7  FOR THE WESTERN DISTRICT OF MICHIGAN
   SOUTHERN DIVISION

8  *Thomas Joseph De Leon SR.*
   *Defendant. Counter Claimant*
9
10 *VS.*

11 *THE STATE OF MICHIGAN;*

12 *MICHIGAN STATE POLICE;*
13
14 *COUNTY OF KENT (for its "Agency" "Municipalities" "KENT COUNTY SHERIFF'S DEPARTMENT");*
15
16
17 *CITY OF WYOMING (for its Agency "WYOMING POLICE DEPARTMENT");*
18
19 *"Christopher R. Becker";*
   *"Jessica Hemingway";*
20 *Officers "DOES 1";*
21 *Officers "DOES 2";*
   *Officers "DOES 3";*
22 *"Dakota Brewer";*
23 *"Chelsea Mclenon"*
   *"Ryan Gerke"*
24 *"SGT. Nachtegall";*
25 *"Merl's Towing";*
   *Plaintiffs, Counter-Defendants*
26 <u>IN THE ALTERNATIVE;</u>
27
28

Case No. __  **1:23-cv-1192**
           Hala Y. Jarbou
           Chief U.S. District Judge
Honorable:_

***COUNTERCLAIMANT'S MOTION FOR MARSHAL SERVICE PURSUANT TO* Fed. R. of Civ. P. 4 *(c)(3), LCivR 3.4, 28 U.S.C. 1915***

-1-

**TO THE HONORABLE COURT:**

*Now Comes* **Counterclaimant, "Thomas Joseph De Leon SR.",** with a Motion or request for\"*Marshal Service*" pursuant to **Fed. R. Civ. P. 4(c)(3), LCivR 3.4, 28 U.S.C. 1915. "Thomas Joseph De Leon SR."**, hereby requests the service of the summons and complaint to be served onto all **Counter-Defendants** by US Marshals pursuant to **Fed R. Civ. P, 4(c)(3)** for all **Counter-Defendants**. **"De Leon"** is indigent and submitted an affidavit of indigency and/or financial statement as **"Request to Proceed, In Forma Pauperis"**.

Respectfully Submitted,

DATED: 11/06/2023        Signed: /s/ Thomas De Leon

**Thomas Joseph De Leon SR.,**
**Counterclaimant, In Pro Per**

-2-